| UNITED STATES BANKRUPTCY COURT<br>NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION | VOLUNTARY PETITION |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Baker, Brent B.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): **1480** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>**1173 Oak Grove Ct.**<br>**Morris, Illinois**<br>ZIP CODE **60450** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**GRUNDY** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

**Type of Debtor** (Form of Organization) (Check **one** box.)
- [x] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check **one** box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check **one** box.)
- [ ] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [x] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity** (Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts** (Check **one** box.)
- [x] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [ ] Debts are primarily business debts.

**Filing Fee** (Check one box.)
- [x] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (*amount subject to adjustment on 4/01/16 and every three years thereafter*).

----

Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information** — THIS SPACE IS FOR COURT USE ONLY
- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors
| [x] 1-49 | [ ] 50-99 | [ ] 100-199 | [ ] 200-999 | [ ] 1,000-5,000 | [ ] 5,001-10,000 | [ ] 10,001-25,000 | [ ] 25,001-50,000 | [ ] 50,001-100,000 | [ ] Over 100,000 |

Estimated Assets
| [x] $0 to $50,000 | [ ] $50,001 to $100,000 | [ ] $100,001 to $500,000 | [ ] $500,001 to $1 million | [ ] $1,000,001 to $10 million | [ ] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |

Estimated Liabilities
| [ ] $0 to $50,000 | [ ] $50,001 to $100,000 | [ ] $100,001 to $500,000 | [ ] $500,001 to $1 million | [x] $1,000,001 to $10 million | [ ] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |

| B1 (Official Form 1) (04/13) | | | |
|---|---|---|---|
| **Voluntary Petition** *(This page must be completed and filed in every case.)* | | Name of Debtor(s): **Baker, Brent B.** | |
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | | |
| Location Where Filed: **NONE** | | Case Number: | Date Filed: |
| Location Where Filed: | | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | | |
| Name of Debtor: **NONE** | | Case Number: | Date Filed: |
| District: | | Relationship: | Judge: |

| **Exhibit A** (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts.) <br><br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). <br><br> **X** /S/ JAMES M. DURKEE <br> Signature of Attorney for Debtor(s)     (Date) <br> **Bar No.: 6296297** |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☒ Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): **Baker, Brent B.** |
|---|---|
| *(This page must be completed and filed in every case.)* | |

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X `/s/ Brent B. Baker`<br>Signature of Debtor **Brent B. Baker**<br><br>X _____<br>Signature of Joint Debtor<br><br>_____<br>Telephone Number (if not represented by attorney)<br><br>_____<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only **one** box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>(Signature of Foreign Representative)<br><br>_____<br>(Printed Name of Foreign Representative)<br><br>_____<br>Date |
| **Signature of Attorney\*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
| X _____<br>Signature of Attorney for Debtor(s)<br>**James M. Durkee**<br>Printed Name of Attorney for Debtor(s)<br>**Malmquist and Geiger**<br>Firm Name<br>**415 Liberty St.**<br>**Morris, Illinois 60450**<br>Address<br>**(815) 942-5072**<br>Telephone Number<br>Date<br>**Bar No.: 6296297**<br>**Fax: (815) 942-5073**<br>**E-mail: jimdurkee@mglawoffices.com**<br><br>\*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)<br><br>_____<br>Address<br><br>X _____<br>Signature<br><br>_____<br>Date<br><br>Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |
| **Signature of Debtor (Corporation/Partnership)** | |
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>Signature of Authorized Individual<br><br>_____<br>Printed Name of Authorized Individual<br><br>_____<br>Title of Authorized Individual<br><br>_____<br>Date | |

B 6D (Official Form 6D) (12/07)

**In re** Brent B. Baker_____ ,   **Case No.** _____
                              **Debtor**                                                                      **(If known)**

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**FIRST MERCHANT'S BANK<br>200 E. JACKSON ST.<br>MUNCIE, IN 47305** | | | **Purchase-Money Security Interest**<br><br>**CROWN LINE DECK BOAT**<br><br>VALUE $ **$20,000.00** | | | | **$25,000.00** | **$5,000.00** |
| ACCOUNT NO. 4035<br>**GRUNDY BANK<br>PO BOX 520<br>MORRIS, IL 60450** | | | **First Mortgage**<br><br>**THREE DUPLEXES TO BE LISTED AND UPDATED ON SCHEDULE A**<br>VALUE $ **$500,000.00** | | | | **$537,275.00** | **$37,275.00** |
| Additional Contacts for GRUNDY BANK (4035):<br><br>**GRUNDY BANK<br>201 LIBERTY ST.<br>MORRIS, IL 60450** | | | | | | | | |
| ACCOUNT NO. 4275<br>**GRUNDY BANK<br>PO BOX 520<br>MORRIS, IL 60450** | | | **Secondary Mortgage**<br><br>**1173 OAK GROVE CT., 2 SNOWMOBILES, 2 WAVERUNNERS, 2003 CHEVROLET SUBURBAN**<br>VALUE $ **$380,000.00** | | | | **$41,500.00** | **$41,500.00** |

___1___ continuation sheets attached

Subtotal ► (Total of this page)    $ **603,775.00**    $ **83,775.00**

Total ► (Use only on last page)    $    $

(Report also on Summary of Schedules.)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

In re **Brent B. Baker**_____, Case No. _____
              **Debtor**                                                    **(if known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| **Additional Contacts for GRUNDY BANK (4275):** <br> **GRUNDY BANK** <br> **201 LIBERTY ST.** <br> **MORRIS, IL 60450** | | | | | | | | |
| ACCOUNT NO. <br> **GRUNDY BANK** <br> **PO BOX 520** <br> **MORRIS, IL 60450** | | | **First Mortgage** <br> **1173 OAK GROVE CT.** <br><br> VALUE $     **$380,000.00** | | | | $381,737.30 | $1,737.30 |
| **Additional Contacts for GRUNDY BANK:** <br> **GRUNDY BANK** <br> **201 LIBERTY ST.** <br> **MORRIS, IL 60450** | | | | | | | | |

Sheet no. __**1**__ of __**1**__ continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal(s) ► (Total(s) of this page)    $ **381,737.30**    $ **1,737.30**

Total(s) ► (Use only on last page)    $ **985,512.30**    $ **85,512.30**

(Report also on Summary of Schedules.)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B 6E (Official Form 6E) (04/13)

**In re** **Brent B. Baker**                                    ,    **Case No.**_____
                          Debtor                                              *(if known)*

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

**X**  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**

  Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

  Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

  Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

  Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

  Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

  Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**

  Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

  Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

  Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

*\* Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

__**0**__ continuation sheets attached

In re **Brent B. Baker**_____,    Case No. _____
                                     **Debtor**                                                           (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *See instructions above.* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **CAPITAL ONE** <br> **PO BOX 6492** <br> **CAROL STREAM, IL** <br> **60197-6492** | | | **Credit Card Charges** | | | | **$9,901.49** |
| **Additional Contacts for CAPITAL ONE:** <br><br> **CAPITAL ONE** <br> **PO BOX 30285** <br> **SALT LAKE CITY, UT** <br> **84130** | | | | | | | |
| **ACCOUNT NO.** <br><br> **CHASE CARD SERVICES** <br> **PO BOX 15153** <br> **WILMINGTON, DE 19886** | | | **Credit Card Charges** | | | | **$50,970.00** |
| **Additional Contacts for CHASE CARD SERVICES:** <br><br> **CHASE CARD SERVICES** <br> **PO BOX 15298** <br> **WILMINGTON, DE 19850** | | | | | | | |

                                                                                                                                  Subtotal➤   $  **60,871.49**

___**3**___ continuation sheets attached                                                                   Total➤   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Brent B. Baker**_____,　　　　Case No. _____
　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　　**(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br> **DISCOVER BANK** <br> **PO BOX 6103** <br> **CAROL STREAM, IL** <br> **60197-6103** | | | **Credit Card Charges** | | | | **$16,754.00** |
| **Additional Contacts for DISCOVER BANK:** <br><br> **DISCOVER BANK** <br> **C/O BLITT AND GAINES** <br> **661 GLENN AVENUE** <br> **WHEELING, IL 60090** | | | | | | | |
| **ACCOUNT NO.** <br> **FIFTH THIRD BANK** <br> **C/O LAW OFFICES OF** <br> **BRUCE A. BROWN** <br> **2000 W. GALENA BLVD.,** <br> **SUITE 201** <br> **AURORA, IL 60506** | | | **Personal Loan** | | | | **$50,000.00** |
| **Additional Contacts for FIFTH THIRD BANK:** <br><br> **FIFTH THIRD BANK** <br> **16732 W 159TH ST.** <br> **LOCKPORT, IL 60441** <br><br> **FIFTH THIRD BANK** <br> **34 S. BROADWAY** <br> **AURORA, IL 60505** | | | | | | | |

Sheet no. __1__ of __3__ continuation sheets attached　　　　　　　　　　　　　　　Subtotal➤　$ **66,754.00**
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Total➤　$
　　　　　　　　　　　　　　　　　　　　　(Use only on last page of the completed Schedule F.)
　　　　　　　　　　　　　　　　(Report also on Summary of Schedules and, if applicable on the Statistical
　　　　　　　　　　　　　　　　　　Summary of Certain Liabilities and Related Data.)

In re **Brent B. Baker** _____ ,     Case No. _____
                  **Debtor**                                                        **(if known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **GM CARD--HSBC** <br> **PO BOX 37281** <br> **BALTIMORE, MD 21297-3281** | | | **Credit Card Charges** | | | | **$7,397.00** |
| **Additional Contacts for GM CARD--HSBC:** <br><br> **HSBC** <br> **PO BOX 80082** <br> **SALINAS, CA 93912-0082** <br><br> **GMAC PAYMENT PROCESSING CENTER** <br> **PO BOX 78369** <br> **PHOENIX, AZ 85062** <br><br> **PRAXIS FINANCIAL SOLUTIONS** <br> **See Attachment 1 - First Additional Contact** | | | | | | | |
| **ACCOUNT NO.** <br><br> **PNC BANK** <br> **C/O NES OOHIO** <br> **29125 SOLON RD.** <br> **SOLON, OH 44139-3442** | | | **Credit Card Charges** | | | | **$18,531.00** |
| **Additional Contacts for PNC BANK:** <br><br> **PNC BANK** <br> **C/O WELTMAN,** <br> **WEINBERG & REIS CO.,** <br> **L.P.A** <br> **180 N. LASALLE ST.,** <br> **SUITE 2400** <br> **CHICAGO, IL 60601** | | | | | | | |

Sheet no. __2__ of __3__ continuation sheets attached           Subtotal➤    $    **25,928.00**
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

                                                                                                    Total➤    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Brent B. Baker**_____,                    Case No. _____
                **Debtor**                                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br>**TOWN CENTER BANK**<br>**1938 E. LINCOLN HIGHWAY, UNIT 101**<br>**NEW LENOX, IL 60451** | | | ***Creditor unsecured consideration RMC*** | | | | **$144,000.00** |
| **Additional Contacts for TOWN CENTER BANK:**<br><br>**WENNLUND AND ASSOCIATES**<br>**19235 WOLF RD.**<br>**MOKENA, IL 60448** | | | | | | | |

Sheet no.__**3**__ of __**3**__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal➤    $ **144,000.00**

Total➤    $ **297,553.49**
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

# Attachment

**Attachment 1**

    **First Additional Contact**

        **7301 N. LINCOLN AVE., SUITE 220**
        **LINCOLNWOOD, IL 60172-1733**

B 1D (Official Form 1, Exhibit D) (12/09)

# UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re  Brent B. Baker                                    Case No. _____
               Debtor

### EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☒ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

**B 1D** (Official Form 1, Exh. D) (12/09) – Cont.

❏ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now.

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

❏ 4. I am not required to receive a credit counseling briefing because of:

❏ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
❏ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.)**;**
❏ Active military duty in a military combat zone.

❏ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. ' 109(h) does not apply in this district**.**

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: /s/ Brent B. Baker

Date: 12/12/13

2

CAPITAL ONE
PO BOX 6492
CAROL STREAM, IL 60197-6492


CAPITAL ONE
PO BOX 30285
SALT LAKE CITY, UT 84130


CHASE CARD SERVICES
PO BOX 15153
WILMINGTON, DE 19886


CHASE CARD SERVICES
PO BOX 15298
WILMINGTON, DE 19850


DISCOVER BANK
PO BOX 6103
CAROL STREAM, IL 60197-6103


DISCOVER BANK
C/O BLITT AND GAINES
661 GLENN AVENUE
WHEELING, IL 60090


FIFTH THIRD BANK
C/O LAW OFFICES OF BRUCE A. BROWN
2000 W. GALENA BLVD., SUITE 201
AURORA, IL 60506


FIFTH THIRD BANK
16732 W 159TH ST.
LOCKPORT, IL 60441


FIFTH THIRD BANK
34 S. BROADWAY
AURORA, IL 60505

```
FIRST MERCHANT'S BANK
200 E. JACKSON ST.
MUNCIE, IN 47305




GM CARD--HSBC
PO BOX 37281
BALTIMORE, MD 21297-3281




GMAC PAYMENT PROCESSING CENTER
PO BOX 78369
PHOENIX, AZ 85062




GRUNDY BANK
PO BOX 520
MORRIS, IL 60450




GRUNDY BANK
201 LIBERTY ST.
MORRIS, IL 60450




HSBC
PO BOX 80082
SALINAS, CA 93912-0082




PNC BANK
C/O NES OOHIO
29125 SOLON RD.
SOLON, OH 44139-3442




PNC BANK
C/O WELTMAN, WEINBERG & REIS CO., L.P.A
180 N. LASALLE ST., SUITE 2400
CHICAGO, IL 60601




PRAXIS FINANCIAL SOLUTIONS
7301 N. LINCOLN AVE., SUITE 220
LINCOLNWOOD, IL 60172-1733
```

```
                              TOWN CENTER BANK
                              1938 E. LINCOLN HIGHWAY, UNIT 101
                              NEW LENOX, IL 60451



                              WENNLUND AND ASSOCIATES
                              19235 WOLF RD.
                              MOKENA, IL 60448
```

```
CAPITAL ONE
PO BOX 6492
CAROL STREAM, IL 60197-6492



CAPITAL ONE
PO BOX 30285
SALT LAKE CITY, UT 84130



CHASE CARD SERVICES
PO BOX 15153
WILMINGTON, DE 19886



CHASE CARD SERVICES
PO BOX 15298
WILMINGTON, DE 19850



DISCOVER BANK
PO BOX 6103
CAROL STREAM, IL 60197-6103



DISCOVER BANK
C/O BLITT AND GAINES
661 GLENN AVENUE
WHEELING, IL 60090


FIFTH THIRD BANK
C/O LAW OFFICES OF BRUCE A. BROWN
2000 W. GALENA BLVD., SUITE 201
AURORA, IL 60506



FIFTH THIRD BANK
16732 W 159TH ST.
LOCKPORT, IL 60441



FIFTH THIRD BANK
34 S. BROADWAY
AURORA, IL 60505
```

```
FIRST MERCHANT'S BANK
200 E. JACKSON ST.
MUNCIE, IN 47305




GM CARD--HSBC
PO BOX 37281
BALTIMORE, MD 21297-3281




GMAC PAYMENT PROCESSING CENTER
PO BOX 78369
PHOENIX, AZ 85062




GRUNDY BANK
PO BOX 520
MORRIS, IL 60450




GRUNDY BANK
201 LIBERTY ST.
MORRIS, IL 60450




HSBC
PO BOX 80082
SALINAS, CA 93912-0082




PNC BANK
C/O NES OOHIO
29125 SOLON RD.
SOLON, OH 44139-3442




PNC BANK
C/O WELTMAN, WEINBERG & REIS CO., L.P.A
180 N. LASALLE ST., SUITE 2400
CHICAGO, IL 60601




PRAXIS FINANCIAL SOLUTIONS
7301 N. LINCOLN AVE., SUITE 220
LINCOLNWOOD, IL 60172-1733
```

```
                        TOWN CENTER BANK
                        1938 E. LINCOLN HIGHWAY, UNIT 101
                        NEW LENOX, IL 60451



                        WENNLUND AND ASSOCIATES
                        19235 WOLF RD.
                        MOKENA, IL 60448
```

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF ILLINOIS**

In Re:                                                    Bankruptcy Case Number: _____

**Brent B. Baker**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____

The above named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Dated: 12/12/13                           Brent B. Baker
                                                                              Debtor

                                                                              _____
                                                                              Joint Debtor